*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL CAUSE H-CR-14-171-01** |
| | § | **JUDGE GRAY H. MILLER** |
| **DAVID EDSON** | § | |

## MOTION TO PRODUCE INDEXES OF SEIZED BOXES

*TO THE HONORABLE GRAY MILLER*:

David Edson asks the Court to order the government to produce the indexes of boxes seized during the execution of search warrants, and shows the following in support of this request:

1.    Edson and several co-defendants are charged with health care fraud offenses. During the course of the investigation, the government seized numerous boxes of documents during the execution of search warrants. The discovery materials in this case are massive. The court-appointed co-ordinating discovery attorney (CDA) estimates the materials comprise 17 terabytes of data.

2.    The government advised the CDA that indexes of the seized boxes were made but will not be provided to the defense. The government contends the indexes are work-product.

3.    The indexes would significantly improve the CDA's ability to organize the voluminous data.

4.    Additionally, Federal Rule of Criminal Procedure 41(f)(1)(B) is entitled, "Inventory" and states:

> **An officer present during the execution of the warrant must prepare and verify an inventory of *any* property seized.** The officer must do so in the presence of another officer and the person from whom, or from whose premises, the property was taken. If either one is not present, the officer must prepare and verify the inventory in the presence of at least one other credible person. In a case involving the seizure of electronic storage media or the seizure or copying of electronically stored information, the inventory may be limited to describing the physical storage media that were seized or copied. The officer may retain a copy of the electronically stored information that was seized or copied.

(Bolding and italics added).

5.      Rule 41(f)(1)(C) requires the government to return the executed warrant and the inventory to the magistrate judge designated on the warrant.  This rule further states, "The judge must, on request, give a copy of the inventory to the person from whom, or from whose premises, the property was taken and to the applicant for the warrant."

6.      The indexes are nothing more than the inventory documents for the seized materials.  The inventory is required to be filed with the Court and is ultimately to be made available to the person from whom the materials were seized.  The indexes cannot constitute confidential work-product.

7.      The CDA believes any index which properly identifies the contents of the boxes of paper would be an invaluable tool in helping defense counsel make a better determination about the importance of the contents of a box.

8.      Edson asks the Court to order the government to produce the indexes because they are not work-product, are required to be provided pursuant to Rule 41, and will significantly reduce the time and cost of having court-appointed defense counsels recreate the indexes.

Respectfully submitted,

/s/ David Adler

_____

David Adler
State Bar of Texas 00923150
6750 West Loop South
Suite 120
Bellaire, Texas 77401
(713) 666-7576
(713) 665-7070 (Fax)

Attorney for Defendant,
David Edson

<u>CERTIFICATE OF CONFERENCE</u>

The AUSA is opposed to this motion.

/s/ David Adler

_____
David Adler

<u>CERTIFICATE OF SERVICE</u>

A copy of this motion was served upon the AUSA by e-mail on December 10, 2015.

/s/ David Adler

_____
David Adler

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL CAUSE H-CR-14-171-01** |
| | § | **JUDGE GRAY H. MILLER** |
| **DAVID EDSON** | § | |

## ORDER ON MOTION TO PRODUCE INDEXES

Edson's motion to produce the indexes of the seized boxes is:

Granted,

The government is ordered to provide the indexes of the seized boxes to the co-ordinating

discovery attorney.

Denied.

Signed on _____ _____, 2015.

_____
Gray Miller
United States District Judge